IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

SOUTHCREST, L.L.C.                                )
                Plaintiff,                    )
                               )
v.                                                )   Case No.:   10-cv-00362-CVE-FHM
                               )
BOVIS LEND LEASE, INC., GOULD                     )
TURNER GROUP, P.C.,                               )
                Defendants.                  )
---------------------------------------------------------   )
BOVIS LEND LEASE, INC.,                           )
                Cross-claim plaintiff,       )
v.                                                )
GOULD TURNER GROUP, P.C.                          )
                Cross-claim defendant,       )
---------------------------------------------------------   )
BOVIS LEND LEASE, INC.                            )
                Third-party plaintiff,       )
v.                                                )
(1) ABG CAULKING CONTRACTORS, INC.                )
(2) APAX GLASS, INC., (3) DELTA/UNITED            )
SPECIALTIES, INC., (4) GREEN COUNTRY              )
INTERIORS, INC., (5) NORTHEASTERN                 )
IRRIGATION & LANDSCAPE, INC.,                     )
(6) PROFESSIONAL WATERPROOFING AND                )
ROOFING, INC., (7) RUSSELL PLUMBING               )
HEAT & AIR COMPANY D/B/A RUSSELL                  )
MECHANICAL CONTRACTORS, (8) STO                   )
CORP., (9) SUPREME SYSTEMS, INC., (10)            )
WESTERN FIREPROOFING COMPANY OF                   )
KANSAS, INC., AND (11) CARLISLE SYNTEC,           )
INC.                                              )
                Third Party Defendants.      )
---------------------------------------------------------   )
DELTA UNITED SPECIALTIES, INC,.                   )
                Fourth-party plaintiff,      )
v.                                                )
                               )
SOUTHERN PLASTERING, INC.,                        )
                Fourth-party defendant.      )

**RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS OF
FOURTH PARTY ACTION AGAINST SOUTHERN PLASTERING, INC.**

Fourth Party Plaintiff Delta United Specialties, Inc. hereby dismisses its fourth party

action against Southern Plastering, Inc. with prejudice and each party will bear its own attorney's

fees and costs of the litigation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

s/ Charles R. Willing
Charles R. Willing, Esq
321 S. Boston Avenue, Ste. 800
Tulsa, OK  74103
(918) 925-5847
*Attorney for Fourth Party Defendant*
*Southern Plastering, Inc.*

s/Brently C. Olsson
Brently C. Olsson, Esq.
1900 N.W. Expressway, Ste. 430
Oklahoma City, OK  73118
(405) 607-4100
*Attorney for Defendant*
*Delta United Specialties, Inc.*

s/Jack Dodson
Jack Robinson Dodson, Esq.
424 Church Street, Ste. 2700
Nashville, TN  37219
(615) 259-1025
*Attorney for Third Party Plaintiff Bovis Lend Lease, Inc.*

s/Patrick O'Connor
Patrick O'Connor, Esq.
401 S. Boston Avenue, Ste. 1100
Tulsa, OK  74103
(918) 582-5281
*Attorney for Third Party Defendant*
*Green Country Interiors, Inc.*